WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Carpenter,<br><br>                              Plaintiff,<br><br>v.<br><br>WMH Tool Group, Inc.; Powermatic,<br>Inc.,<br><br>                              Defendants. | NO. CIV-06-1250-PHX-SMM<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

Having received the parties' Stipulation to Dismiss this case without prejudice,
filed with this Court on July 6, 2006 (dkt. 7), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss without prejudice is
**GRANTED**.  (Dkt. 7.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITHOUT
PREJUDICE,** each party to bear his or its own costs and attorneys' fees.

DATED this 7th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge